# EXHIBIT A

**Defendant:** American Freight, LLC
**Creditor ID:** AF036
**Bankruptcy Case:** *In re Franchise Group, Inc., et al., Case No. 24-12480 (LSS) (Bankr. D. Del.)*
**Preference Period:** August 5, 2024 - November 3, 2024

| Debtor | Customer Check/Pmt# | Amount of Invoice Paid | Payment Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| American Freight, LLC | 41563 | $528,147.97 | 8/12/2024 | 08072024 52814797 | 8/7/2024 | $528,147.97 |
| | 41641 | $543,192.22 | 9/13/2024 | 09062024 54319222 | 9/6/2024 | $543,192.22 |
| | 41641 | $617,246.27 | 10/21/2024 | 10092024 61724627 | 10/9/2024 | $617,246.27 |
| **Total Transfers** | **3** | **$1,688,586.46** | | | | **$1,688,586.46** |